# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASHIKA CHATMAN, | ) Case No. 1:11-CV-01408-BAM |
| Plaintiff, | ) ORDER EXTENDING DEADLINE |
| v. | ) TO FILE PLAINTIFF'S OPENING |
| MICHAEL J. ASTRUE, | ) BRIEF |
| Commissioner of Social Security. | ) |
| Defendant. | ) |

Based on the Stipulation of the Parties (Doc. 14), and for good cause shown, the Court ORDERS that Plaintiff's opening brief shall filed on or before **April 16, 2012.** All other dates referenced in the August 23, 2011 briefing schedule (Doc. 7) are similarly extended.

IT IS SO ORDERED.

Dated:   March 30, 2012            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

-1-