**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VASHIKA CHATMAN, ) | Case No.: 1:11-CV-01408-BAM |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| ) | |
| vs. ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On April 2, 2012, Plaintiff Vashika Chatman and Defendant Michael J. Astrue, Commissioner of Social Security, filed a stipulation to dismiss this action with prejudice, and further stipulated that each party would bear its own fees and costs. (Doc. 16.) Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. Each party will bear its own fees and costs. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.


Dated:   April 3, 2012             /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

-1-